# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:25-cv-02878-DOC-DFMx                          Date:  March 9, 2026

Title:  Leopoldo Zuniga v. El Camino Asphalt Paving Corp. et al

PRESENT:  The Honorable DAVID O. CARTER, U.S. District Judge

| Priscilla Deason for Karlen Dubon | Court Smart 3/9/26 |
|---|---|
| Courtroom Clerk | Court Reporter |

| PLAINTIFF ATTORNEY(S): | DEFENDANT ATTORNEY(S): |
|---|---|
| Brendan Burton | Hwui Lee |

**PROCEEDINGS:  Scheduling Conference and Motion to Remand Case [13] (Held and Completed)**

Case called.  Court and counsel state their appearances.  For the reasons stated on the record, the Motion to Remand Case [13] is **GRANTED**. The case is **REMANDED** back to Orange County Superior Court.

00  :  18

Initials of Clerk    pd/kd